1  Robert C. Weems (SBN 148156)
   WEEMS LAW OFFICES
2  769 Center Blvd., PMB 38
3  Fairfax, CA 94930
   Ph: (415) 881-7653
4  Fx: (866) 610-1430
   rcweems@weemslawoffices.com
5
6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW ISAAC STEPHENS,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:17-cv-01514-CKD<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff has good cause and shall have an extension of time to JULY 2, 2018, to file Plaintiff's motion for summary judgment. This request is made in good faith with no intention to unduly delay the proceedings any further.

Defendant does not object to allowing Plaintiff the additional time to file his motion for summary judgment and, subject to the Court's approval, stipulates to the extension of time to allow Plaintiff to file his motion for summary judgment in this action. Plaintiff's motion for summary judgment is now due by June 18, 2018 and by this stipulation due by July 2, 2018. This is Plaintiff's second request for additional time.

SO STIPULATED AND AGREED:

1

Stipulation and Order

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | McGregor W. Scott<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel,<br>Region IX<br>Social Security Administration |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Daniel P. Talbert<br>Daniel P. Talbert<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

IT IS SO ORDERED.

Dated: June 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 131, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems<br>Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order