UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ISAAC STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-cv-01514 CKD<br><br>ORDER |

The administrative transcript in this action was filed April 12, 2018. Under the scheduling order filed July 25, 2017, plaintiff was directed to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. Plaintiff was granted two extensions of time to file a motion for summary judgment or remand. The second extended deadline, July 2, 2018, has now expired, and plaintiff has failed to comply with the court's scheduling orders.

////
////
////
////
////

1

Good cause appearing, IT IS HEREBY ORDERED that: No later than twenty-one (21) days from the date of this order, plaintiff shall file a motion for summary judgment and/or remand. Failure to comply with this order will result in this action being dismissed.

Dated: July 10, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / stephens1514.osc